CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−04561

Navis v. Davol, Inc.
Assigned to: Judge Sim Lake
Related Case Case: 4:07−cv−02002
Cause: 28:1391 Personal Injury

Date Filed: 12/27/2007
Date Terminated: 02/27/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Edward Navis**

represented by **David Willis Alexander**
Williams Kherkher Hart Boundas LLP
8441 Gulf Freeway Ste 600
Houston, TX 77017
713−230−2200
Fax: 713−643−6226
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2007 | | COMPLAINT against Davol, Inc. (Filing fee $ 350) filed by Edward Navis.(espencer, ) (Entered: 12/27/2007) |
| 12/27/2007 | | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 4/25/2008 at 02:00 PM in Courtroom 9B before Judge Sim Lake.( Signed by Judge Sim Lake ) Parties notified.(espencer, ) (Entered: 12/27/2007) |
| 12/27/2007 | | Filing fee re: 1 Complaint : $350.00, receipt number 587790, filed. (agould, ) (Entered: 12/27/2007) |
| 01/11/2008 | | First CERTIFICATE OF INTERESTED PARTIES by Edward Navis, filed.(Alexander, David) (Entered: 01/11/2008) |
| 02/27/2008 | | JPML CONDITIONAL TRANSFER ORDER (14) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842. Case terminated on 2/27/08. Parties notified.(rvazquez, ) (Entered: 02/27/2008) |
| 02/27/2008 | | MDL transfer to District of Rhode Island. Case transferred electronically. (rvazquez, ) (Entered: 02/27/2008) |